EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* OLIVO MORALES, acusado y apelante.

No. 5263.—*Sometido:* Enero 19, 1934. *Resuelto:* Enero 25, 1934.

*R. Arroyo Ríos,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Morales fué convicto del delito de acometimiento grave y alega que la corte de distrito cometió error al sostener un juramento y que la sentencia condenatoria fué, por ende, contraria a derecho. Una moción en que se solicitaba el archivo de la causa estaba basada en el artículo 22 del Código de Enjuiciamiento Criminal y en los artículos 559 del Código Penal y 392 del Código Político. Esta contenía una aseveración vaga al efecto de que la denuncia no estaba jurada debidamente según exigen esos artículos y que el juramento era nulo.

La argumentación se dirige a un supuesto defecto en la firma del denunciante más bien que a cualquiera irregularidad del juramento. Esta asume la existencia de hechos no revelados por los autos que tenemos a la vista. Estos últimos no demuestran que el juez de distrito resolviera la moción, ni que le fuera sometida. Tampoco denota que el denunciante hiciera su marca en vez de firmar la denuncia. Por el contrario, la denuncia, tal cual ha sido transcrita en los autos, aparece suscrita en la forma ordinaria. Si una denuncia debe estar suscrita y jurada, si la marca hecha por un denunciante analfabeto debe ser atestiguada por otras personas y si el declarar sin lugar una moción de archivo y sobreseimiento por haberse dejado de cumplir con estos requisitos es un error que da lugar a la revocación, son cuestiones que no es necesario resolver por ahora.

*La sentencia apelada debe ser confirmada.*